1  David B. Owens, Cal. Bar No. 275030
   david@loevy.com
2  *Attorney for Plaintiff, Art Tobias*
   LOEVY & LOEVY
3  311 N. Aberdeen Street, 3rd Floor
   Chicago, Illinois 60607
4  (312) 243-5900

5

6

7

8  **IN THE UNITED STATES DISTRICT COURT
   FOR THE CENTRAL DISTRICT OF CALIFORNIA**
9

10 ART TOBIAS,                                    ) Case No. 2:17-cv-1076-DSF-AS
                                                  )
11         Plaintiff,                             )
        v.                                        )
12                                                )
   CITY OF LOS ANGELES; SGT.                     ) **LIST OF DEFENDANTS**
13 SANCHEZ, #25339; DETECTIVE                    )
   MICHAEL ARTEAGA, #32722;                      )
14 DETECTIVE JEFF CORTINA,                       )
   #35632; DETECTIVE J. MOTTO,                   )
15 #25429; DETECTIVE JULIAN PERE,                )
   #27434; OFFICER MARSHALL                      )
16 COOLEY, #38940; OFFICER BORN,                 )
   #38351; L.A. SCHOOL POLICE                    )
17 OFFICER DANIEL EAST, #959; and                )
   UNIDENTIFIED EMPLOYEES of the                 )
18 CITY OF LOS ANGELES,                          )
                                                  )
           Defendants.                            )
19

20

List of Defendants                              1
2:17-cv-1076-DSF-AS

1 | Defendants in the above captioned matter are:

2 | City of Los Angeles
Sgt. Sanchez, #25339
3 | Detective Michael Arteaga, #32722
Detective Jeff Cortina, #35632
4 | Detective J. Motto, #25429
Detective Julian Pere, #27434
5 | Officer Marshall Cooley, #38940
Officer Born, #38351
6 | L.A. School Police Officer Daniel East, #959

7

8 | Respectfully submitted,
**ART TOBIAS**

9

10 | By: /s/ David B. Owens_____
*One of Plaintiff's attorneys*

11 | David B. Owens, Cal. Bar No. 275030
david@loevy.com
12 | LOEVY & LOEVY
311 N. Aberdeen Street, 3rd Floor
13 | Chicago, Illinois 60607
(312) 243-5900
14 | (312) 243-5902 (Fax)

15

16

17

18

19

20

List of Defendants         2
2:17-cv-1076-DSF-AS