Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohshlaw.com
**ORBACH HUFF SUAREZ & HENDERSON LLP**
1901 Harrison Street, Suite 1630
Oakland, CA  94612
Telephone:  510.999.7908
Facsimile:   510.999.7918

Attorney for Defendants
DETECTIVES MICHAEL ARTEAGA, JEFF CORTINA,
JOHN MOTTO and JULIAN PERE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART TOBIAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; SGT. SANCHEZ, #25339; DETECTIVE MICHAEL ARTEAGA, #32722; DETECTIVE JEFF CORTINA, #35632; DETECTIVE J. MOTTO, #25429; DETECTIVE JULIAN PERE, #27434; OFFICER MARSHALL COOLEY, #38940; OFFICER BORN, #38351; L.A. SCHOOL POLICE OFFICER DANIEL EAST, #959; and UNIDENTIFIED EMPLOYEES of the CITY OF LOS ANGELES,<br><br>　　　　Defendants. | Case No.  17-cv-01076-DSF-AS<br><br>**DEFENDANTS DETECTIVES MICHAEL ARTEAGA, JEFF CORTINA, JOHN MOTTO AND JULIAN PERE'S ANSWER TO PLAINTIFF ART TOBIAS' FIRST AMENDED COMPLAINT** |

COMES NOW, Defendants DETECTIVES MICHAEL ARTEAGA, JEFF CORTINA, JOHN MOTTO and JULIAN PERE (hereinafter "Defendants') and who answer Plaintiff ART TOBIAS' First Amended Complaint as follows:

## INTRODUCTION

1. In answer to this paragraph, Defendants deny the allegations therein.

2. In answer to this paragraph, Defendants lack sufficient information to admit or deny the allegations therein and, on that basis, said allegations are denied.

3. In answer to this paragraph, Defendants deny the allegations therein.

4. In answer to this paragraph, Defendants deny the allegations therein.

5. In answer to this paragraph, Defendants deny the allegations therein.

6. In answer to this paragraph, Defendants deny the allegations therein.

## JURISDICTION AND VENUE

7. In answer to this paragraph, Defendants admit that jurisdiction is proper in this Court but deny all other allegations therein.

## THE PARTIES

8. In answer to this paragraph, Defendants lack sufficient information to admit or deny the allegations therein and, on that basis, said allegations are denied.

9. In answer to this paragraph, Defendants admit that Detectives Arteaga, Cortina, Motto and Pere were all employed and serving as Los Angeles Police Department officers at all relevant times. As to all other allegations therein, Defendants lack sufficient information to admit or deny the allegations therein and, on that basis, said allegations are denied.

10. In answer to this paragraph, Defendants lack sufficient information to admit or deny the allegations therein and, on that basis, said allegations are denied.

11. In answer to this paragraph, Defendants admit that Detectives Arteaga, Cortina, Motto and Pere were all employed and serving as Los Angeles Police Department officers at all relevant times. As to all other allegations therein, Defendants

ORBACH HUFF SUAREZ & HENDERSON LLP

lack sufficient information to admit or deny the allegations therein and, on that basis, said allegations are denied.

### THE ALVARADO TERRACE SHOOTING

12. In answer to this paragraph, Defendants lack sufficient information to admit or deny the allegations therein and, on that basis, said allegations are denied.

13. In answer to this paragraph, Defendants lack sufficient information to admit or deny the allegations therein and, on that basis, said allegations are denied.

14. In answer to this paragraph, Defendants lack sufficient information to admit or deny the allegations therein and, on that basis, said allegations are denied.

15. In answer to this paragraph, Defendants lack sufficient information to admit or deny the allegations therein and, on that basis, said allegations are denied.

16. In answer to this paragraph, Defendants lack sufficient information to admit or deny the allegations therein and, on that basis, said allegations are denied.

17. In answer to this paragraph, Defendants lack sufficient information to admit or deny the allegations therein and, on that basis, said allegations are denied.

18. In answer to this paragraph, Defendants lack sufficient information to admit or deny the allegations therein and, on that basis, said allegations are denied.

19. In answer to this paragraph, Defendants lack sufficient information to admit or deny the allegations therein and, on that basis, said allegations are denied.

20. In answer to this paragraph, Defendants deny the allegations therein.

### DETECTIVES DECIDE TO PROSECUTE PLAINTIFF RATHER THAN CONDUCT AN HONEST INVESTIGATION

21. In answer to this paragraph, Defendants admit the allegations therein.

22. In answer to this paragraph, Defendants admit the allegations therein.

23. In answer to this paragraph, Defendants lack sufficient information to admit or deny the allegations therein and, on that basis, said allegations are denied.

24. In answer to this paragraph, Defendants lack sufficient information to admit or deny the allegations therein and, on that basis, said allegations are denied.

25. In answer to this paragraph, Defendants lack sufficient information to admit or deny the allegations therein and, on that basis, said allegations are denied.

26. In answer to this paragraph, Defendants lack sufficient information to admit or deny the allegations therein and, on that basis, said allegations are denied.

27. In answer to this paragraph, Defendants deny the allegations therein.

28. In answer to this paragraph, Defendants deny the allegations therein.

29. In answer to this paragraph, Defendants deny the allegations therein.

30. In answer to this paragraph, Defendants deny the allegations therein.

31. In answer to this paragraph, Defendants deny the allegations therein.

## DEFENDANTS GENERATE FALSE "IDENTIFICATIONS" FROM AMONGST EACH OTHER

32. In answer to this paragraph, Defendants deny the allegations therein.

33. In answer to this paragraph, Defendants deny the allegations therein.

34. In answer to this paragraph, Defendants deny the allegations therein.

35. In answer to this paragraph, Defendants deny the allegations therein.

36. In answer to this paragraph, Defendants deny the allegations therein.

37. In answer to this paragraph, Defendants deny the allegations therein.

38. In answer to this paragraph, Defendants deny the allegations therein.

39. In answer to this paragraph, Defendants deny the allegations therein.

40. In answer to this paragraph, Defendants deny the allegations therein.

41. In answer to this paragraph, Defendants deny the allegations therein.

42. In answer to this paragraph, Defendants deny the allegations therein.

43. In answer to this paragraph, Defendants deny the allegations therein.

44. In answer to this paragraph, Defendants deny the allegations therein.

45. In answer to this paragraph, Defendants deny the allegations therein.

46. In answer to this paragraph, Defendants deny the allegations therein.

47. In answer to this paragraph, Defendants deny the allegations therein.

///

## PLAINTIFF'S ARREST

48. In answer to this paragraph, Defendants lack sufficient information to admit or deny the allegations therein and, on that basis, said allegations are denied.

49. In answer to this paragraph, Defendants deny the allegations therein.

50. In answer to this paragraph, Defendants deny the allegations therein.

51. In answer to this paragraph, Defendants deny the allegations therein.

52. In answer to this paragraph, Defendants deny the allegations therein.

53. In answer to this paragraph, Defendants deny the allegations therein.

54. In answer to this paragraph, Defendants deny the allegations therein.

55. In answer to this paragraph, Defendants deny the allegations therein.

56. In answer to this paragraph, Defendants lack sufficient information to admit or deny the allegations therein and, on that basis, said allegations are denied.

## THE RECORDING OF PLAINTIFF'S CONFESSION

57. In answer to this paragraph, Defendants lack sufficient information to admit or deny the allegations therein and, on that basis, said allegations are denied.

58. In answer to this paragraph, Defendants deny the allegations therein.

59. In answer to this paragraph, Defendants deny the allegations therein.

60. In answer to this paragraph, Defendants deny the allegations therein.

61. In answer to this paragraph, Defendants deny the allegations therein.

62. In answer to this paragraph, Defendants deny the allegations therein.

## INTERROGATION PART 1: DEFENDANTS BEGIN BY VIOLATING PLAINTIFF'S RIGHTS

63. In answer to this paragraph, Defendants deny the allegations therein.

64. In answer to this paragraph, Defendants deny the allegations therein.

65. In answer to this paragraph, Defendants deny the allegations therein.

66. In answer to this paragraph, Defendants deny the allegations therein.

67. In answer to this paragraph, Defendants deny the allegations therein.

68. In answer to this paragraph, Defendants deny the allegations therein.

69. In answer to this paragraph, Defendants deny the allegations therein.
70. In answer to this paragraph, Defendants deny the allegations therein.
71. In answer to this paragraph, Defendants deny the allegations therein.
72. In answer to this paragraph, Defendants deny the allegations therein.
73. In answer to this paragraph, Defendants deny the allegations therein.
74. In answer to this paragraph, Defendants deny the allegations therein.
75. In answer to this paragraph, Defendants deny the allegations therein.
76. In answer to this paragraph, Defendants deny the allegations therein.
77. In answer to this paragraph, Defendants deny the allegations therein.
78. In answer to this paragraph, Defendants deny the allegations therein.
79. In answer to this paragraph, Defendants deny the allegations therein.
80. In answer to this paragraph, Defendants deny the allegations therein.
81. In answer to this paragraph, Defendants deny the allegations therein.
82. In answer to this paragraph, Defendants deny the allegations therein.

**INTERROGATION PART 2: DEFENDANTS' REFUSE TO FOLLOW THE LAW AND VIOLATE PLAINTIFF'S CONSTITUTIONAL RIGHTS**

83. In answer to this paragraph, Defendants deny the allegations therein.
84. In answer to this paragraph, Defendants deny the allegations therein.
85. In answer to this paragraph, Defendants deny the allegations therein.
86. In answer to this paragraph, Defendants deny the allegations therein.
87. In answer to this paragraph, Defendants deny the allegations therein.
88. In answer to this paragraph, Defendants deny the allegations therein.
89. In answer to this paragraph, Defendants deny the allegations therein.
90. In answer to this paragraph, Defendants deny the allegations therein.
91. In answer to this paragraph, Defendants deny the allegations therein.
92. In answer to this paragraph, Defendants deny the allegations therein.
93. In answer to this paragraph, Defendants deny the allegations therein.
94. In answer to this paragraph, Defendants deny the allegations therein.

Detective Defendants' Answer to Plaintiff's First Amended Complaint [17-cv-01076-DSF-AS]

95. In answer to this paragraph, Defendants deny the allegations therein.
96. In answer to this paragraph, Defendants deny the allegations therein.
97. In answer to this paragraph, Defendants deny the allegations therein.
98. In answer to this paragraph, Defendants deny the allegations therein.

**INTERROGATION PART 3: PLAINTIFF SPECIFICALLY INVOKES HIS RIGHT TO AN ATTORNEY, UNLAWFUL QUESTIONING CONTINUES**

99. In answer to this paragraph, Defendants deny the allegations therein.
100. In answer to this paragraph, Defendants deny the allegations therein.
101. In answer to this paragraph, Defendants deny the allegations therein.
102. In answer to this paragraph, Defendants deny the allegations therein.
103. In answer to this paragraph, Defendants deny the allegations therein.

**INTERROGATION PART 4: DEFENDANT ARTEAGA'S UNCONSCIONABLE CONDUCT**

104. In answer to this paragraph, Defendants deny the allegations therein.
105. In answer to this paragraph, Defendants deny the allegations therein.
106. In answer to this paragraph, Defendants deny the allegations therein.
107. In answer to this paragraph, Defendants deny the allegations therein.
108. In answer to this paragraph, Defendants deny the allegations therein.
109. In answer to this paragraph, Defendants deny the allegations therein.
110. In answer to this paragraph, Defendants deny the allegations therein.
111. In answer to this paragraph, Defendants deny the allegations therein.
112. In answer to this paragraph, Defendants deny the allegations therein.
113. In answer to this paragraph, Defendants deny the allegations therein.

**PLAINTIFF'S FABRICATED, FALSE & COERCED CONFESSION**

114. In answer to this paragraph, Defendants deny the allegations therein.
115. In answer to this paragraph, Defendants deny the allegations therein.
116. In answer to this paragraph, Defendants deny the allegations therein.
117. In answer to this paragraph, Defendants deny the allegations therein.

Detective Defendants' Answer to Plaintiff's First Amended Complaint [17-cv-01076-DSF-AS]

## WRONGFUL PROSECUTION AND CONVICTION

118. In answer to this paragraph, Defendants deny the allegations therein.

119. In answer to this paragraph, Defendants deny the allegations therein.

120. In answer to this paragraph, Defendants deny the allegations therein.

121. In answer to this paragraph, Defendants deny the allegations therein.

122. In answer to this paragraph, Defendants deny the allegations therein.

123. In answer to this paragraph, Defendants deny the allegations therein.

124. In answer to this paragraph, Defendants deny the allegations therein.

## PLAINTIFF'S CONVICTION IS OVERTURNED

125. In answer to this paragraph, Defendants deny the allegations therein.

126. In answer to this paragraph, Defendants assert that such allegations are immaterial, impertinent and even scandalous and, therefore, no response is required. (*Survivor Productions LLC v. Fox Broadcasting Co.*, 2001 U.S. Dist. LEXIS 25512, *7-8 (CD. Cal. June 11, 2001); *Fantasy, Inc. v. Fogerty*, 984 F.2d 1524, 1529 (9th Cir. 1993).) To the extent a further response is required, Defendants deny the allegations therein.

127. In answer to this paragraph, Defendants assert that such allegations are immaterial, impertinent and even scandalous and, therefore, no response is required. (*Survivor Productions LLC v. Fox Broadcasting Co.*, 2001 U.S. Dist. LEXIS 25512, *7-8 (CD. Cal. June 11, 2001); *Fantasy, Inc. v. Fogerty*, 984 F.2d 1524, 1529 (9th Cir. 1993).) To the extent a further response is required, Defendants deny the allegations therein.

## THE CITY OF LOS ANGELES' COERCED CONFESSION PROBLEM

128. In answer to this paragraph, Defendants deny the allegations therein.

129. In answer to this paragraph, Defendants deny the allegations therein.

130. In answer to this paragraph, Defendants deny the allegations therein.

131. In answer to this paragraph, Defendants deny the allegations therein.

132. In answer to this paragraph, Defendants deny the allegations therein.

133. In answer to this paragraph, Defendants deny the allegations therein.

134. In answer to this paragraph, Defendants deny the allegations therein.

135. In answer to this paragraph, Defendants deny the allegations therein.

136. In answer to this paragraph, Defendants deny the allegations therein.

137. In answer to this paragraph, Defendants deny the allegations therein.

138. In answer to this paragraph, Defendants deny the allegations therein.

139. In answer to this paragraph, Defendants deny the allegations therein.

## PLAINTIFF'S DAMAGES

140. In answer to this paragraph, Defendants deny the allegations therein.

141. In answer to this paragraph, Defendants deny the allegations therein.

142. In answer to this paragraph, Defendants deny the allegations therein.

## COUNT I – Federal Law

### Fifth & Fourteenth Amendments (Self-Incrimination, Right to Counsel)

143. In answer to this paragraph, Defendants reincorporate the responses to all prior paragraphs as though set forth herein.

144. In answer to this paragraph, Defendants deny the allegations therein.

145. In answer to this paragraph, Defendants deny the allegations therein.

146. In answer to this paragraph, Defendants deny the allegations therein.

147. In answer to this paragraph, Defendants deny the allegations therein.

148. In answer to this paragraph, Defendants deny the allegations therein.

149. In answer to this paragraph, Defendants deny the allegations therein.

## COUNT II – Federal Law

### Fourteenth Amendment (Due Process)

150. In answer to this paragraph, Defendants reincorporate the responses to all prior paragraphs as though set forth herein.

151. In answer to this paragraph, Defendants deny the allegations therein.

152. In answer to this paragraph, Defendants deny the allegations therein.

153. In answer to this paragraph, Defendants deny the allegations therein.

154. In answer to this paragraph, Defendants deny the allegations therein.

155. In answer to this paragraph, Defendants deny the allegations therein.

## COUNT III – Federal Law

## Fifth & Fourteenth Amendments (Due Process, Fair Trial)

156. In answer to this paragraph, Defendants reincorporate the responses to all prior paragraphs as though set forth herein.

157. In answer to this paragraph, Defendants deny the allegations therein.

158. In answer to this paragraph, Defendants deny the allegations therein.

159. In answer to this paragraph, Defendants deny the allegations therein.

160. In answer to this paragraph, Defendants deny the allegations therein.

161. In answer to this paragraph, Defendants deny the allegations therein.

162. In answer to this paragraph, Defendants deny the allegations therein.

## COUNT IV – Federal Law

## Malicious Prosecution

163. In answer to this paragraph, Defendants reincorporate the responses to all prior paragraphs as though set forth herein.

164. In answer to this paragraph, Defendants deny the allegations therein.

165. In answer to this paragraph, Defendants deny the allegations therein.

166. In answer to this paragraph, Defendants deny the allegations therein.

167. In answer to this paragraph, Defendants deny the allegations therein.

168. In answer to this paragraph, Defendants deny the allegations therein.

169. In answer to this paragraph, Defendants deny the allegations therein.

## COUNT VI – 42 U.S.C. § 1983

## Failure to Intervene

170. In answer to this paragraph, Defendants reincorporate the responses to all prior paragraphs as though set forth herein.

171. In answer to this paragraph, Defendants deny the allegations therein.

172. In answer to this paragraph, Defendants deny the allegations therein.

173. In answer to this paragraph, Defendants deny the allegations therein.

///

# COUNT VII – 42 U.S.C. § 1983

## Conspiracy to Deprive Constitutional Rights

174. In answer to this paragraph, Defendants reincorporate the responses to all prior paragraphs as though set forth herein.

175. In answer to this paragraph, Defendants deny the allegations therein.

176. In answer to this paragraph, Defendants deny the allegations therein.

177. In answer to this paragraph, Defendants deny the allegations therein.

178. In answer to this paragraph, Defendants deny the allegations therein.

179. In answer to this paragraph, Defendants deny the allegations therein.

180. In answer to this paragraph, Defendants deny the allegations therein.

# COUNT VIII – 42 U.S.C. § 1983

## *Monell* Policy Claims

181. In answer to this paragraph, Defendants reincorporate the responses to all prior paragraphs as though set forth herein.

182. In answer to this paragraph, Defendants deny the allegations therein.

183. In answer to this paragraph, Defendants deny the allegations therein.

184. In answer to this paragraph, Defendants deny the allegations therein.

185. In answer to this paragraph, Defendants deny the allegations therein.

# COUNT IX – State Law Claim

## Malicious Prosecution

In response to paragraphs 186-193, no response is necessary from Defendants since said allegations and claims were previously dismissed by the Order Granting in Part Defendants' Motion to Dismiss (Docket 33). To the extent any response is required, Defendants deny the allegations therein.

# COUNT X – State Law Claim

## Intentional Infliction of Emotional Distress

In response to paragraphs 194-197, no response is necessary from Defendants since said allegations and claims were previously dismissed by the Order Granting in Part

Detective Defendants' Answer to Plaintiff's First Amended Complaint [17-cv-01076-DSF-AS]

Defendants' Motion to Dismiss (Docket 33). To the extent any response is required, Defendants deny the allegations therein.

### COUNT XI – State Law Claim
### False Imprisonment

In response to paragraphs 198-202, no response is necessary from Defendants since said allegations and claims were previously dismissed by the Order Granting in Part Defendants' Motion to Dismiss (Docket 33). To the extent any response is required, Defendants deny the allegations therein.

### COUNT XII – State Law Claim
### Civil Conspiracy

In response to paragraphs 203-208, no response is necessary from Defendants since said allegations and claims were previously dismissed by the Order Granting in Part Defendants' Motion to Dismiss (Docket 33). To the extent any response is required, Defendants deny the allegations therein.

### COUNT XIII – State Law Claim
### Respondeat Superior

In response to paragraphs 209-212, no response is necessary from Defendants since said allegations and claims were previously dismissed by the Order Granting in Part Defendants' Motion to Dismiss (Docket 33). To the extent any response is required, Defendants deny the allegations therein.

### COUNT XIV – State Law Claim
### Indemnification

In response to paragraphs 213-216, no response is necessary from Defendants since said allegations and claims were previously dismissed by the Order Granting in Part Defendants' Motion to Dismiss (Docket 33). To the extent any response is required, Defendants deny the allegations therein.

### JURY DEMAND

Defendants demand a jury trial.

# AFFIRMATIVE DEFENSES

As a separate and distinct affirmative defense, Defendants allege each of the following:

## FIRST AFFIRMATIVE DEFENSE

As to the federal claims and theories of recovery, these answering Defendants are protected from liability under the doctrine of qualified immunity, because Defendants' conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

## SECOND AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the negligence of the Plaintiff, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## THIRD AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## FOURTH AFFIRMATIVE DEFENSE

Defendants are immune from the claims contained in the First Amended Complaint pursuant to the provisions of California Penal Code section 836.

## FIFTH AFFIRMATIVE DEFENSE

Defendants are informed and believe and thereby allege that Plaintiff's alleged injuries or damages, if any there were, were aggravated by the failure of Plaintiff and/or others (named or unnamed in the First Amended Complaint) to use reasonable diligence to mitigate those injuries or damages.

## SIXTH AFFIRMATIVE DEFENSE

Defendant are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense: Government Code §§ 815.2, 818.8, 820.2, 820.25, 820.4, 820.6,

820.8, 822.2, 845.6, 845.8, 846, 850.8, 855.6, 856.4, 29631 and 29632; Penal Code § 847.

## SEVENTH AFFIRMATIVE DEFENSE

Defendant City of Los Angeles and all Defendants sued in their official capacities are immune from the imposition of punitive damages.

## EIGHTH AFFIRMATIVE DEFENSE

Neither a public entity, nor a public employee, is liable for his/her act or omission, exercising due care, in the execution or enforcement of any law.

## NINTH AFFIRMATIVE DEFENSE

Any injury or damage suffered was due to or caused solely by reason of Plaintiff or other's wrongful acts and conduct, and not by reason of any wrongful acts or omissions of Defendants.

## TENTH AFFIRMATIVE DEFENSE

If it is found that any Defendant is legally responsible for Plaintiff's claimed damages, if any, then such damages were proximately caused by or contributed to by Plaintiff or others, and any judgment must be reduced by that percentage of fault to be found to exist of Plaintiff or others.

## ELEVENTH AFFIRMATIVE DEFENSE

Superseding Cause: Any alleged acts or omissions by Defendants and or their agents, officers, and/or employees were superseded by the negligence or causative fault of Plaintiff or others, whether sued herein or not, whose negligence or causative fault intervened and was the sole cause of any detriment to Plaintiff as alleged in the First Amended Complaint.

## TWELFTH AFFIRMATIVE DEFENSE

Defendants allege that they took reasonable precautions with regard to protecting against any risk of injury complained of by Plaintiff.

///

///

### THIRTEENTH AFFIRMATIVE DEFENSE

Defendants allege that Plaintiff is barred from maintaining this action by the principle of estoppel.

### FOURTEENTH AFFIRMATIVE DEFENSE

Defendants allege that they were privileged to detain Plaintiff and undertake the complained of actions at the times and place alleged.

### FIFTEENTH AFFIRMATIVE DEFENSE

The action is barred by the doctrine of res judicata.

### SIXTEENTH AFFIRMATIVE DEFENSE

Any state claims are barred for Plaintiff's failure to comply with the provisions of the California Tort Claims Act, Government Code section 910, *et seq*.

### SEVENTEENTH AFFIRMATIVE DEFENSE

Defendants allege that Plaintiff is guilty of willful misconduct which contributed to the happening of the incident which resulted in the alleged injuries or damages.

### EIGHTEENTH AFFIRMATIVE DEFENSE

Defendants allege that Plaintiff's claims for punitive damages are barred by the doctrine enunciated in *City of Newport v. Facts Concerts, Inc.*, 453 U.S. 247 (1981).

### NINETEENTH AFFIRMATIVE DEFENSE

Defendants are immune from liability for all damages sustained after the prosecutor initiated criminal charges, pursuant to *Smiddy v. Varney*, 803 F.3d 1469 (9th Cir. 1986), *Jackson v. City of San Diego*, 121 Cal.App.3d 579 (1981) and *McSherry v. City of Long Beach, et al.*

### TWENTIETH AFFIRMATIVE DEFENSE

Defendants are protected from liability under the doctrine of witness immunity. *Brisco v. LaHue*, 460 U.S. 325 (1983).

///

///

///

Detective Defendants' Answer to Plaintiff's First Amended Complaint [17-cv-01076-DSF-AS]

# PRAYER

WHEREFORE, Defendants pray for judgment as follows:

1. That Plaintiff take nothing by reason of his First Amended Complaint;

2. That judgment be entered in favor of Defendants;

3. That Defendants be awarded costs of suit; and

4. That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorneys' fees pursuant to 42 U.S.C. § 1988.

Dated: August 14, 2017   Respectfully submitted,

ORBACH HUFF SUAREZ & HENDERSON LLP

By: /s/ Kevin E. Gilbert
Kevin E. Gilbert
Attorney for Defendants
DETECTIVES MICHAEL ARTEAGA, JEFF CORTINA, JOHN MOTTO and JULIAN PERE