Arthur C. Preciado, SBN 112303
Calvin R. House, SBN 134902
Gutierrez, Preciado & House, LLP
3020 E. Colorado Blvd.
Pasadena, CA 91107; Tel: 626.449.2300/F:626.449.2330
Attorneys for Def. L.A. School Police Office Daniel East

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Art Tobias | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:17-cv-1076-DSF-AS |
| v. | |
| City of Los Angeles, etal. | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

**Defendant's Exhibit B in Support of Defendant's Motion for Summary Judgment:**

**Exhibit B - Audio of LAPD Interviews of Officer East and Dean Roger Negroe at Berendo Middle School on August 20, 2012, proposed to be filed Under Seal.**

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

6/29/2018
Date

Arthur C. Preciado
Attorney Name

**Defendant, Officer Daniel East**
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)   NOTICE OF MANUAL FILING OR LODGING

# Exhibit B

NON-PAPER EXHIBIT PROPOSED
TO BE FILED UNDER SEAL

# PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I declare that I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to the within action; my business address is 3020 East Colorado Boulevard, Pasadena, California 91107.

On this date, I served the foregoing **NOTICE OF MANUAL FILING AND LODGING AND CD OF NON-PAPER EXHIBIT B OF DEFENDANT MATTHEW MEDINA IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT** the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

**Attorneys for Plaintiff**
David B. Owens, Cal. Bar No. 275030
LOEVY & LOEVY
311 N. Aberdeen Street, 3rd Floor
Chicago, Illinois 60607

**Attorneys for Detectives**
Kevin Gilbert
Orbach Huff Suarez + Henderson, LLP
1901 Harrison Street, Suite 1630
Oakland, CA 94612

**Co-Counsel for Plaintiff**
Charles J. Snyder
Cohen Williams Williams LLP
724 S. Spring St., 9th Floor
Los Angeles, CA 90014

**Attorneys for City + Non-Detective Officers**
Susan Coleman
Burke, Williams & Sorenson, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953

__X__ BY MAIL - I placed such envelope for deposit in the U.S. Mail for service by the United States Postal Service, with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Pasadena, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__ __ BY FEDERAL EXPRESS - I am familiar with the practice at my place of business for collection and processing of correspondence for overnight delivery maintained by Federal Express. Such correspondence will be deposited with a facility regularly maintained by Federal Express for receipt on the same day in the ordinary course of business. The envelope was sealed and placed for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices.

__ __ BY PERSONAL SERVICE - I delivered such envelope(s) by hand to the offices of the addressee(s) listed above.

__X__ I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed June 29, 2018, at Pasadena, California.

*[signature]*
Margaret Bennici

N:\LAUSD\TOBIAS\MSJ_directory\MSJ with no Docs Under Seal\POS.wpd

1

**PROOF OF SERVICE**