Kevin E. Gilbert, Esq. (SBN: 209236)
ORBACH HUFF SUAREZ & HENDERSON LLP
1901 Harrison Street, Suite 1630, Oakland, CA 94612
Telephone: 510.999.7908/Facsimile: 510.999.7918
Attorney for Defendants Arteaga, Cortina, Motto & Pere

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| ART TOBIAS | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 17-cv-1076-DSF-AS |
| v. | |
| CITY OF LOS ANGELES, et al. | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Exhibits 9, 10 and 11 in Support of Detective Defendants' Motion for Summary Judgment:

Exhibit 9 -- Video of Plaintiff Art Tobias' Interrogation, Part One

Exhibit 10 -- Video of Plaintiff Art Tobias' Interrogation, Part Two

Exhibit 11 -- Excerpt from Video of Interview of Helen Contreras

**Reason:**
☑ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☑ Per Court order dated:   July 12, 2018
☐ Other:

July 24, 2018
Date

Kevin E. Gilbert
Attorney Name

Defendants Arteaga, Cortina, Motto and Pere
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING

1 | Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohshlaw.com
2 | **ORBACH HUFF SUAREZ & HENDERSON LLP**
1901 Harrison Street, Suite 1630
3 | Oakland, CA 94612
Telephone: 510.999.7908
4 | Facsimile: 510.999.7918

5 | Attorney for Defendants
DETECTIVES MICHAEL ARTEAGA, JEFF CORTINA,
6 | JOHN MOTTO and JULIAN PERE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART TOBIAS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; SGT. SANCHEZ, #25339; DETECTIVE MICHAEL ARTEAGA, #32722; DETECTIVE JEFF CORTINA, #35632; DETECTIVE J. MOTTO, #25429; DETECTIVE JULIAN PERE, #27434; OFFICER MARSHALL COOLEY, #38940; OFFICER BORN, #38351; L.A. SCHOOL POLICE OFFICER DANIEL EAST, #959; and UNIDENTIFIED EMPLOYEES of the CITY OF LOS ANGELES,<br><br>Defendants. | Case No. 17-cv-01076-DSF-AS<br><br>**NON-PAPER EXHIBIT 9 TO BE FILED UNDER SEAL, PURSUANT TO COURT ORDER [DOCKET 124], IN SUPPORT OF DETECTIVE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

ORBACH HUFF SUAREZ & HENDERSON LLP

Tobias v. City of Los Angeles, et al.

Case No. 17-cv-1076-DSF-AS

DETECTIVE DEFS' EX. 9
Video of Plaintiff's Interrogation – Part One

- 1 -

Non-Paper Ex. 9 to be Filed Under Seal ISO Det. Defs' Motion for Summary Judgment [17-cv-01076-DSF-AS]

Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohshlaw.com
**ORBACH HUFF SUAREZ & HENDERSON LLP**
1901 Harrison Street, Suite 1630
Oakland, CA 94612
Telephone: 510.999.7908
Facsimile: 510.999.7918

Attorney for Defendants
DETECTIVES MICHAEL ARTEAGA, JEFF CORTINA,
JOHN MOTTO and JULIAN PERE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART TOBIAS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; SGT. SANCHEZ, #25339; DETECTIVE MICHAEL ARTEAGA, #32722; DETECTIVE JEFF CORTINA, #35632; DETECTIVE J. MOTTO, #25429; DETECTIVE JULIAN PERE, #27434; OFFICER MARSHALL COOLEY, #38940; OFFICER BORN, #38351; L.A. SCHOOL POLICE OFFICER DANIEL EAST, #959; and UNIDENTIFIED EMPLOYEES of the CITY OF LOS ANGELES,<br><br>Defendants. | Case No. 17-cv-01076-DSF-AS<br><br>**NON-PAPER EXHIBIT 10 TO BE FILED UNDER SEAL, PURSUANT TO COURT ORDER [DOCKET 124], IN SUPPORT OF DETECTIVE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**Tobias v. City of Los Angeles, et al.**

Case No. 17-cv-1076-DSF-AS

DETECTIVE DEFS' EX. 10
Video of Plaintiff's Interrogation – Part Two

- 1 -

Non-Paper Ex. 10 to be Filed Under Seal ISO Det. Defs' Motion for Summary Judgment [17-cv-01076-DSF-AS]

Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohshlaw.com
**ORBACH HUFF SUAREZ & HENDERSON LLP**
1901 Harrison Street, Suite 1630
Oakland, CA 94612
Telephone: 510.999.7908
Facsimile: 510.999.7918

Attorney for Defendants
DETECTIVES MICHAEL ARTEAGA, JEFF CORTINA,
JOHN MOTTO and JULIAN PERE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART TOBIAS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; SGT. SANCHEZ, #25339; DETECTIVE MICHAEL ARTEAGA, #32722; DETECTIVE JEFF CORTINA, #35632; DETECTIVE J. MOTTO, #25429; DETECTIVE JULIAN PERE, #27434; OFFICER MARSHALL COOLEY, #38940; OFFICER BORN, #38351; L.A. SCHOOL POLICE OFFICER DANIEL EAST, #959; and UNIDENTIFIED EMPLOYEES of the CITY OF LOS ANGELES,<br><br>　　　　　Defendants. | Case No. 17-cv-01076-DSF-AS<br><br>**NON-PAPER EXHIBIT 11 TO BE FILED UNDER SEAL, PURSUANT TO COURT ORDER [DOCKET 124], IN SUPPORT OF DETECTIVE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Case 2:17-cv-01076-DSF-AS Document 128 Filed 07/24/18 Page 7 of 7 Page ID #:5218



- 1 -

Non-Paper Ex. 11 to be Filed Under Seal ISO Det. Defs' Motion for Summary Judgment [17-cv-01076-DSF-AS]