1 | David B. Owens, Cal. Bar No. 275030
david@loevy.com
2 | Anand Swaminathan
anand@loevy.com
3 | *Attorney for Plaintiff, Art Tobias*
LOEVY & LOEVY
4 | 311 N. Aberdeen Street, 3rd Floor
Chicago, Illinois 60607
5 | (312) 243-5900

6 | Charles Snyder
csnyder@kbkfirm.com
7 | KENDALL BRILL KELLY
10100 Santa Monica Blvd., Ste. 1725
8 | Los Angeles, California 90067
(310) 556-2700

9

10 | **IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11

12 | ART TOBIAS,                                  ) Case No. 2:17-cv-1076-DSF-AS
                                                 )
13 |         Plaintiff,                           ) **DECLARATION OF DAVID B.**
    v.                                           ) **OWENS IN SUPPORT OF**
14 |                                              ) **PLAINTIFF'S RESPONSE IN**
    CITY OF LOS ANGELES, et al.                  ) **OPPOSITION TO DEFENDANTS'**
15 |                                              ) **MOTIONS FOR SUMMARY**
            Defendants.                          ) **JUDGMENT**
16 |                                              )
                                                 ) **DATE: August 27, 2018**
17 |                                              ) **TIME: 1:30 p.m.**
                                                 ) **DEPT.: Courtroom 7D**
18 |                                              ) **JUDGE: Hon. Dale S. Fischer**

19

20

1

Declaration of David B. Owens in Support of Plaintiff's Response in Opposition to Defendants' Motions for Summary Judgment
2:17-cv-1076-DSF-AS

I, David B. Owens, if called upon to testify will competently testify as follows:

1. I am an attorney at law licensed to practice before this Court. I am an attorney with the law firm of Loevy & Loevy, attorneys of record for Plaintiff ART TOBIAS in the above-referenced matter. I have personal knowledge of the matters set forth herein below and if called upon to testify will competently testify thereto.

2. This declaration is made in connection with Plaintiff's Opposition to Defendants' Motions for Summary Judgment, or in the Alternate, for Partial Summary Judgment.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Arrest Report of Art Tobias, dated August 20, 2012, produced by the City of Los Angeles in this litigation. This file is confidential and is concurrently being submitted for filing under seal.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Investigative Report of Officers Ybanez and Godoy, dated August 18, 2012, produced by the City of Los Angeles in this litigation. This file is confidential and is concurrently being submitted for filing under seal.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Death

2

1  Investigation Report of Defendants Motto and Pere, dated August 18, 2012,
2  produced by the City of Los Angeles in this litigation. This file is confidential and
3  is concurrently being submitted for filing under seal.

4        6.     Attached hereto as **Exhibit 4** is a true and correct copy of the
5  transcript of a Proffer Statement, in criminal proceedings before the California
6  Superior Court relative to a homicide investigation. This file is highly confidential
7  and is concurrently being submitted for filing under seal.

8        7.    Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from
9  the deposition of Plaintiff Art Tobias, which was taken in two parts, on June 4,
10 2018 and June 12, 2018, in Los Angeles, California.

11       8.    Attached hereto as **Exhibit 6** is a true and correct copy of a certified
12 Transcript of Audio Recording from Berendo Middle School, dated August 20,
13 2012. This transcript was transcribed in Chicago, Illinois by a certified court
14 reporter.

15       9.    Attached hereto as **Exhibit 7** is a true and correct copy of a CD
16 containing Audio Recording from Berendo Middle School, dated August 20, 2012.
17 This is an audio file and thus it is concurrently being noticed for manual filing.

18       10. Attached hereto as **Exhibit 8** is a true and correct copy of Plaintiff's
19 30(b)(6) Notice to the City of Los Angeles in this matter.

20       11. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from

Declaration of David B. Owens in Support of Plaintiff's Response in Opposition to Defendants' Motions for Summary Judgment
2:17-cv-1076-DSF-AS

1  the deposition of Helen Contreras, Plaintiff's mother, which was taken on March
2  26, 2018 in Los Angeles, California.

3      12. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from
4  the deposition of Defendant Daniel East, which was taken on February 20, 2018 in
5  Los Angeles, California.

6      13. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from
7  the deposition of Defendant Jeff Cortina, which was taken on December 18, 2017
8  in Los Angeles, California.

9      14. Attached hereto as **Exhibits 12A, 12B, and 12C** is a true and correct
10 copy of a CD containing the Video Recording of the Interrogation of Art Tobias,
11 dated August 20, 2012. These files are confidential and are concurrently being
12 submitted for filing under seal. These are video files and thus they are also
13 concurrently being noticed for manual filing.

14     15. Attached hereto as **Exhibit 13** is a true and correct copy of the Transcript
15 of the Interrogation of Art Tobias, dated August 20, 2012. This file is confidential
16 and is concurrently being submitted for filing under seal.

17     16. Attached hereto as **Exhibit 14** is a true and correct copy of the Complete
18 Trial Transcripts from *People vs. Art Tobias*, dated May 7, 9, and 10, 2013 June
19 12, 2013 and August 19 and 22, 2013. This file is confidential and is concurrently

20

4

being submitted for filing under seal. Given the *Brady* claims raised in this matter, Plaintiff has provided the entire transcript to the Court.

17. Attached hereto as **Exhibit 15** is a true and correct copy of the In-Service Training Records of Defendants Arteaga, Cortina, Motto, Pere. This file is confidential and is concurrently being submitted for filing under seal.

18. Attached hereto as **Exhibit 16** is a true and correct copy of the Transcript of the Video-Recorded Interview of Helen Contreras, dated August 20, 2012. This was transcribed by a certified court reporter in Chicago, Illinois. This file is confidential and is concurrently being submitted for filing under seal.

19. Attached hereto as **Exhibit 17** is a true and correct copy of a CD of the Video Recording of the Interview of Helen Contreras, dated August 20, 2012. This file is confidential and is concurrently being submitted for filing under seal. In addition, this is a video file and thus it is concurrently being noticed for manual filing.

20. Attached hereto as **Exhibit 18** is a true and correct copy of excerpts from the deposition of Defendant Michael Arteaga, which was taken on April 10, 2018 in Los Angeles, California.

21. Attached hereto as **Exhibit 19** is a true and correct copy of the Declaration Expert Reports of Dr. Richard Leo as well as other documents produced in this litigation by Dr. Leo.

5

Declaration of David B. Owens in Support of Plaintiff's Response in Opposition to Defendants' Motions for Summary Judgment
2:17-cv-1076-DSF-AS

22. Attached hereto as **Exhibit 20** is a true and correct copy of the Declaration and Expert Reports of Dr. Timothy T. Williams.

23. Attached hereto as **Exhibit 21** is a true and correct copy of Plaintiff's Response to Defendant East's First Set of Interrogatories.

24. Attached hereto as **Exhibit 22** is a true and correct copy of excerpts from the LAPD Manual of Juvenile Procedures.

25. Attached hereto as **Exhibit 23** is a true and correct copy of the Note from Defendant Cortina to Detective Robledo, written to accompany the Tobias Interrogation Video. This file is confidential and is concurrently being submitted for filing under seal.

26. Attached hereto as **Exhibit 24** is a true and correct copy of the Transcript of the Phone Calls of Art Tobias, dated August 20, 2012. This file is confidential and is concurrently being submitted for filing under seal.

27. Attached hereto as **Exhibit 25** is a true and correct copy of Correspondence between Counsel: Request for Emails.

28. Attached hereto as **Exhibit 26** is a true and correct copy of excerpts from the deposition of Defendant Marshall Cooley, which was taken on February 16, 2018 in Los Angeles, California.

29. Attached hereto as **Exhibit 27** is a true and correct copy of the Statement

1  Form of Defendant Cooley, dated September 14, 2012. This file is confidential and

2  is concurrently being submitted for filing under seal.

3     30. Attached hereto as **Exhibit 28** is a true and correct copy of a CD

4  containing the Surveillance Video from Alvarado Terrace, dated August 17 and 18,

5  2012. This file is confidential and is concurrently being submitted for filing under

6  seal. In addition, this is a video file and thus it is concurrently being noticed for

7  manual filing.

8     31. Attached hereto as **Exhibit 29** is a true and correct copy of a Freeze

9  Frame of the Shooter from the Surveillance Video, dated August 18, 2012. This

10  file is confidential and is concurrently being submitted for filing under seal.

11    32. Attached hereto as **Exhibit 30** is a true and correct copy of excerpts from

12  the deposition of Defendant Dora Born, which was taken on February 16, 2018 in

13  Los Angeles, California.

14    33. Attached hereto as **Exhibit 31** is a true and correct copy of the Statement

15  form of Defendant Arteaga, dated August 20, 2012. This file is confidential and is

16  concurrently being submitted for filing under seal.

17    34. Attached hereto as **Exhibit 32** is a true and correct copy of Pictures of

18  Art Tobias from August 2012, extracted from the Murder Book(s) produced in this

19  case. This file is confidential and is concurrently being submitted for filing under

20  seal.

7

Declaration of David B. Owens in Support of Plaintiff's Response in Opposition to Defendants' Motions for Summary Judgment
2:17-cv-1076-DSF-AS

35. Attached hereto as **Exhibit 33** is a true and correct copy of the F.I. Cards of Art Tobias produced by the City of Los Angeles in this litigation. This file is confidential and is concurrently being submitted for filing under seal.

36. Attached hereto as **Exhibit 34** is a true and correct copy of Defendant East's Response to Plaintiff's First Set of Interrogatories

37. Attached hereto as **Exhibit 35** is a true and correct copy of the Statement Form of Defendant Born, Undated. This file is confidential and is concurrently being submitted for filing under seal.

38. Attached hereto as **Exhibit 36** is a true and correct copy excerpts from the deposition of Moses Castillo, one of the City's 30(b)(6) designees, which was taken on June 5, 2018 in Los Angeles, California.

39. Attached hereto as **Exhibit 37** is a true and correct copy of excerpts from the deposition of Carole Acosta, which was taken on June 12, 2018 in Los Angeles, California.

40. Attached hereto as **Exhibit 38** is a true and correct copy of excerpts from the deposition of Daniel Jenks, one of the City's 30(b)(6) designees, which was taken on June 5, 2018 in Los Angeles, California.

41. Attached hereto as **Exhibit 39** is a true and correct copy of a Page from Interrogation Procedure, LAPD Manual 2012, 4th Edition, LAPD 6170.

42. Attached hereto as **Exhibit 40** is a true and correct copy of excerpts from

8

Declaration of David B. Owens in Support of Plaintiff's Response in Opposition to Defendants' Motions for Summary Judgment
2:17-cv-1076-DSF-AS

the Homicide Manual.

43. Attached hereto as **Exhibit 41** is a true and correct copy of excerpts from the Detective Manual.

44. Attached hereto as **Exhibit 42** is a true and correct copy of the LAPD Internal Affairs File regarding the investigation into the Art Tobias matter. This file is confidential and is concurrently being submitted for filing under seal.

45. Attached hereto as **Exhibit 43** is a true and correct copy of the Appellate Decision in the Case of *People v. Art Tobias*.

46. Attached hereto as **Exhibit 44** is a true and correct copy of Defendant City of Los Angeles' Response to Plaintiff's Interrogatory No. 6.

47. Attached hereto as **Exhibit 45** is a true and correct copy of excerpts from the deposition of Defendant John Motto, which was taken on December 19, 2017 in Los Angeles, California.

48. Attached hereto as **Exhibit 46** is a true and correct copy of excerpts from the deposition of Defendant Julian Pere, which was taken on March 6, 2018 in Los Angeles, California.

49. Attached hereto as **Exhibit 47** is a true and correct copy of the Preliminary Case Screening of the Castaneda Homicide, dated August 18, 2012. This file is confidential and is concurrently being submitted for filing under seal.

50. Attached hereto as **Exhibit 48** is a true and correct copy of the F.I. Card

9
Declaration of David B. Owens in Support of Plaintiff's Response in Opposition to Defendants' Motions for Summary Judgment
2:17-cv-1076-DSF-AS

of Alfonzo Cruz. This file is confidential and is concurrently being submitted for filing under seal.

51. Attached hereto as **Exhibit 49** is a true and correct copy of the F.I. Card of Ricky Mora. This file is confidential and is concurrently being submitted for filing under seal.

52. Attached hereto as **Exhibit 50** is a true and correct copy of the F.I. Card of Kevin Soria. This file is confidential and is concurrently being submitted for filing under seal.

53. Attached hereto as **Exhibit 51** is a true and correct copy of the F.I. Card of Art Tobias. This file is confidential and is concurrently being submitted for filing under seal.

54. Attached hereto as **Exhibit 52** is a true and correct copy of the Investigator's Final Report regarding the arrest of Eric Martinez, dated August 21, 2012. This file is confidential and is concurrently being submitted for filing under seal.

55. Attached hereto as **Exhibit 53** is a true and correct copy of the Statement form of Defendant East, dated August 20, 2012. This file is confidential and is concurrently being submitted for filing under seal.

56. Attached hereto as **Exhibit 54** is a true and correct copy of the Probable

Declaration of David B. Owens in Support of Plaintiff's Response in Opposition to Defendants' Motions for Summary Judgment
2:17-cv-1076-DSF-AS

Cause Determination Declaration, regarding the arrest of Art Tobias, dated August 20, 2012. This file is confidential and is concurrently being submitted for filing under seal.

57. Attached hereto as **Exhibit 55** is a true and correct copy of the Crime Scene Log of the Castaneda Homicide, dated August 18, 2012. This file is confidential and is concurrently being submitted for filing under seal.

58. Attached hereto as **Exhibit 56** is a true and correct copy of the Chronological Record of the Castaneda Homicide Investigation. This file is confidential and is concurrently being submitted for filing under seal.

59. Attached hereto as **Exhibit 57** a true and correct copy of the Tobias Name Search, dated August 20, 2012. This file is confidential and is concurrently being submitted for filing under seal.

60. Attached hereto as **Exhibit 58** is a true and correct copy of the Arrest Report for Eric Martinez, dated August 21, 2012. This file is confidential and is concurrently being submitted for filing under seal.

61. Attached hereto as **Exhibit 59** is a true and correct copy of the Final Report regarding the arrest of Eric Martinez on August 21, 2012. This file is confidential and is concurrently being submitted for filing under seal.

62. Attached hereto as **Exhibit 60** is a true and correct copy of the Report

Showing .40 Caliber Casing at the Scene of the Castaneda Homicide, dated August 20, 2012. This file is confidential and is concurrently being submitted for filing under seal.

63. Attached hereto as **Exhibit 61** is a true and correct copy of the Firearms Lab Report, dated May 7, 2013. This file is confidential and is concurrently being submitted for filing under seal.

64. Attached hereto as **Exhibit 62** is a true and correct copy of the Defense Attorney Murder Book. This file is confidential and is concurrently being submitted for filing under seal. In addition, due to the large size of the file (greater than 24KB), this exhibit is concurrently being noticed for manual filing.

65. Attached hereto as **Exhibit 63** is a true and correct copy of the Subpoena Responses of Art Tobias' Trial Attorneys.

66. Attached hereto as **Exhibit 64** is a true and correct copy of the LAPD Murder Book. This file is confidential and is concurrently being submitted for filing under seal. In addition, due to the large size of the file (greater than 24KB), this exhibit is concurrently being noticed for manual filing.

67. Attached hereto as **Exhibit 65** is a true and correct copy of the Declaration of Patricia Soung.

68. Attached hereto as **Exhibit 66** is a true and correct copy of the Eric

1 Martinez Photo Lineup. This file is confidential and is concurrently being submitted for filing under seal.

69. Attached hereto as **Exhibit 67** is a true and correct copy of the Investigation Notes. This file is confidential and is concurrently being submitted for filing under seal.

70. Attached hereto as **Exhibit 68** is a true and correct copy of the Lab Bench Notes from the LAPD Firearms Analysis Unit. This file is confidential and is concurrently being submitted for filing under seal.

71. Attached hereto as **Exhibit 69** is a true and correct copy of the Defendant City of Los Angeles' Responses to Plaintiff's Requests for Production No.'s 33, 35.

72. Attached hereto as **Exhibit 70** is a true and correct copy of the Declaration of Sherri Albin.

73. Attached hereto as **Exhibit 71** is a true and correct copy of the Follow-Up Report regarding the arrest of Art Tobias, dated June 25, 2013. This file is confidential and is concurrently being submitted for filing under seal.

74. Attached hereto as **Exhibit 72** is a true and correct copy of the Scene Sketch. This file is confidential and is concurrently being submitted for filing under seal.

75. Attached hereto as **Exhibit 73** is a true and correct copy of Detective

Defendants' Responses to Plaintiff's First Set of Interrogatories.

76. Attached hereto as **Exhibit 74** is a true and correct copy of Defendant East's Reponses to Plaintiff's Request for Production No. 3.

77. Attached hereto as **Exhibit 75** is a true and correct copy of the Statement Form of Defendant Cooley, Undated. This file is confidential and is concurrently being submitted for filing under seal.

78. Attached hereto as **Exhibit 76** is a true and correct copy of the Time Sheet of Defendants Motto, Pere, Cortina, and Arteaga, dated August 12, 2012 to September 8, 2012. This file is confidential and is concurrently being submitted for filing under seal.

79. Attached hereto as **Exhibit 77** is a true and correct copy of Drizin & Leo, *The Problem of False Confessions in the Post–DNA World*, 82 N.C. L. REV. 891 (2004).

80. Attached hereto as **Exhibit 78** is a true and correct copy of Defendant Cortina's Response to Plaintiff's Second Set of Interrogatories.

81. Attached hereto as **Exhibit 79** is a true and correct copy of the Art Tobias Booking Approval Form, dated August 20, 2012. This file is confidential and is concurrently being submitted for filing under seal.

82. Attached hereto as **Exhibit 80** is a true and correct copy of

14

Correspondence re: Outstanding Discovery, dated January 18, 2013. This file is confidential and is concurrently being submitted for filing under seal.

83. Attached hereto as **Exhibit 81** is a true and correct copy of the Follow-Up on Charging Reports regarding the Eric Martinez Arrest on August 21, 2012. This file is confidential and is concurrently being submitted for filing under seal.

84. Attached hereto as **Exhibit 82** is a true and correct copy of the Fax from Defendant Pere to Officer Jackman, dated August 27, 2012. This file is confidential and is concurrently being submitted for filing under seal.

85. Attached hereto as **Exhibit 83** is a true and correct copy of the Search Warrant for Eric Martinez's Cell Phone, dated September 27, 2012. This file is confidential and is concurrently being submitted for filing under seal.

86. Attached hereto as **Exhibit 84** is a true and correct copy of the Search Warrant for Eric Martinez's Cell Phone, dated July 15, 2015. This file is confidential and is concurrently being submitted for filing under seal.

87. Attached hereto as **Exhibit 85** is a true and correct copy of Defendants Handwritten Notes re Berendo Middle School Interview. This file is confidential and is concurrently being submitted for filing under seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

15

Declaration of David B. Owens in Support of Plaintiff's Response in Opposition to Defendants' Motions for Summary Judgment
2:17-cv-1076-DSF-AS

Dated: August 6, 2018

                        Respectfully submitted,

                        **ART TOBIAS**

                    By:  <u>/s/ David B. Owens</u>
                        *One of Plaintiff's attorneys*

                        David B. Owens, Cal. Bar No. 275030
                        david@loevy.com
                        LOEVY & LOEVY
                        311 N. Aberdeen Street, 3rd Floor
                        Chicago, Illinois 60607
                        (312) 243-5900
                        (312) 243-5902 (Fax)

Declaration of David B. Owens in Support of Plaintiff's Response in Opposition to Defendants' Motions for Summary Judgment
2:17-cv-1076-DSF-AS