# EXHIBIT 48

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

LAPD 02596