# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART TOBIAS,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | Case No. 17-1076 DSF (ASx)<br><br>Order re Motions for Summary Judgment or Partial Summary Judgment (Dkt. Nos. 99, 100, and 111) |

　　　　Defendants filed three separate motions for summary judgment or partial summary judgment totaling approximately 600 pages.  Plaintiff reasonably requested an extension of time to file an opposition, which the Court granted.  Plaintiff missed his own deadline – by less than half a day.  Plaintiff then filed an ex parte application for the Court to deem his filing timely.  But his filing wasn't timely, it was late.  And the opposition and ex parte application violated several of the Court's and the Central District's rules.  Both parties are cautioned that future failure to comply with the Court's rules and orders will result in sanctions.

　　　　Plaintiff's untimely opposition is accepted.  The time for Defendants to file their replies is extended to August 27, 2018.  The motions are removed from the Court's calendar.  If the Court concludes oral argument would be helpful.  The hearing on the motions will be rescheduled.

IT IS SO ORDERED.

Date: August 10, 2018

_____
Dale S. Fischer
United States District Judge