**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA,**
**WESTERN DIVISION**

| | |
|---|---|
| ART TOBIAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 17 C 1076 |
| v. ) | |
| ) | Judge Dale S. Fischer |
| CITY OF LOS ANGELES; SGT. ) | |
| SANCHEZ, #25399; DETECTIVE ) | JURY TRIAL DEMANDED |
| MICHAEL ARTEAGA, #32722; ) | |
| DETECTIVE JEFF CORTINA, #35632; ) | |
| DETECTIVE J. MOTTO, #25429; ) | |
| DETECTIVE JULIAN PERE, #27434; ) | |
| OFFICER MARSHALL COOLEY, #38940; ) | |
| OFFICER BORN, #38351; L.A. SCHOOL ) | |
| POLICE OFFICER DANIEL EAST, #959; ) | |
| and UNIDENTIFIED EMPLOYEES of the ) | |
| CITY OF LOS ANGELES, ) | |
| Defendants. | |

# Exhibit 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3

 4    ART TOBIAS,                         )
                                          )
 5                   Plaintiff,           )
                                          )
 6          v.                            ) CASE NUMBER:
                                          ) 2:17-cv-1076-
 7    CITY OF LOS ANGELES, et al.         ) DSF-AS
                                          )
 8                   Defendants.          )
      _____)
 9

10

11

12

13

14         DEPOSITION OF DETECTIVE MOSES CASTILLO

15                  Tuesday, June 5, 2018

16                  Los Angeles, California

17                  2:04 p.m. to 4:01 p.m.

18

19

20

21

22

23
      REPORTED BY:
24    KIM FARBER
      CSR NO. 13239
25
```

1  required to allow them to make phone calls, and if one of
2  those phone calls is to a parent, so be it, but it's not
3  an automatic stop and cease any questioning unless the
4  juvenile -- if the officer asked a clarifying question as
5  to why he wanted to speak to his parents, if it was for
6  any issue of whether or not he was going to waive or
7  speak to -- wanting to speak to the officer, then at that
8  point it would be beneficial to allow them to speak to
9  the parent.  But if it was just I want to let them know
10 I'm here, then there's no requirement for them to do so.
11      Q    Okay.  During the course of a custodial
12 interrogation involving a juvenile, when a juvenile asks
13 the detective for their parent, the detective is required
14 to ask them why, correct, so they can ascertain whether
15 it's something that may pertain to the waiver or
16 understanding of their Miranda rights or not; correct?
17           MR. GILBERT:  Overbroad.  Vague.  Vague as to
18 time.
19 BY MR. OWENS:
20      Q    Vague as to time.  Hold on.  So you understand
21 that all of the questions that I'm asking you about
22 pertain to the policies and practices that prevailed in
23 2012 and 2013; correct?
24      A    Yes.
25      Q    And you understand that I'm not asking you

```
 1   about the policies and practices of the department
 2   currently; right?
 3        A    Yes.
 4        Q    Okay.
 5             MR. OWENS:  Do you mind reading back the
 6   question I asked before that.
 7             (The record was read by the reporter.)
 8   BY MR. OWENS:
 9        Q    Can you answer that question?
10        A    Yes.  So it is required that we ascertain as to
11   the intent of why they want to speak to their parents.
12        Q    Right.  Questioning has to cease until you
13   ascertain why the juvenile asked to speak with their
14   parent; correct?
15        A    Once -- yeah, once he asked that question, the
16   officer should ask the clarifying question as to the why.
17   He's not really ceasing, and if the answer says -- it has
18   nothing to do with the waiver, then we could continue.
19   If it's a matter of I just want to let them know I'm
20   here, then we continue.  So to that extent, that's my
21   response.
22        Q    But the questioning shall cease until the
23   reason for the juvenile's request is ascertained;
24   correct?
25        A    Yes.
```

```
 1        Q    That's the policy?
 2        A    Yes.
 3        Q    And you agree with me that in 2012 LAPD
 4   officers were required to follow the manual of juvenile
 5   procedures; correct?
 6        A    Well, you're showing me a document that I'm
 7   assuming that's --
 8        Q    Is there a manual of juvenile procedures for
 9   the Los Angeles Police Department?
10        A    Yes, yes, there is.
11        Q    Did you review it for your deposition today?
12        A    I read portions of it, but not the entirety,
13   but yes.
14             MS. COLEMAN:  I think he was asking about the
15   date of the document.
16             THE WITNESS:  I'm just putting it for the
17   record that he's showing me -- yeah.
18   BY MR. OWENS:
19        Q    Sure.  I am holding two copies of it, one of
20   which I'll show to you in a moment, and one of which I've
21   got for myself right now.  Okay?
22        A    Yes.
23        Q    Right?
24        A    Perfect.
25        Q    All right.  Regardless of -- there is a manual
```

1    of juvenile procedures; correct?
2         A    Yes.
3         Q    Los Angeles Police Department detectives were
4    required to follow the manual of juvenile procedures;
5    correct?
6         A    Yes.
7         Q    They're supposed to understand what this
8    document says; correct?
9         A    Yes.
10        Q    And they're expected to implement this manual
11   in the course of their interrogations; correct?
12        A    Yes.
13        Q    And this manual does require that questioning
14   cease until the reason for the juvenile's request for a
15   parent, probation officer, teacher, minister is
16   ascertained; correct?
17             MS. COLEMAN:  Asked and answered.
18             THE WITNESS:  Yes.  That's what I -- the word
19   "cease" is where I'm getting at because we are pausing to
20   get that answer, and if it's answered in a way where we
21   could continue, then we continue.
22             So there was a temporary pause, if you would.
23   It wasn't ceased is what I'm trying to get at,
24   especially, like, let's say right now we paused, but we
25   didn't cease questioning; right?  I mean --