# EXHIBIT 3

**TO PLAITNIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE*
NUMBER 2, SEEKING EXCLUSION OF EXPERT TESTIMONY**

**CASES IN WHICH DR. RICHARD LEO HAS BEEN QUALIFIED AND TESTIFIED**
At Suppression Motions, Trials and Post-Conviction Proceedings
June 2014-June 2018

*State of California v. Richard Calkins*.  Trial.  Solano County Superior Court.  Fairfield, CA. June, 2014.

*State of California v. Manuel Ramirez*.  Suppression Hearing. Los Angeles County Superior Court. Los Angeles, CA.  June, 2014.

*State of Wisconsin v. Patrick Donley*. Post-Conviction Hearing. Brown County Circuit Court. Green Bay, WI.  June, 2014

*State of California v. Eduardo Cruz*. Suppression Hearing. Santa Clara County Superior Court. San Jose, CA. July, 2014.

*State of California v. Armando Velasquez*. Trial. Santa Clara County Superior Court. San Jose, CA.  July, 2014.

*State of Tennessee v. Jimmy Rauhuff*.  Trial. Blount County Circuit Court. Maryville, TN. July, 2014.

*State of California v. Lynn Quach*.  Suppression Hearing. Orange County Superior Court. Santa Ana, CA.  August, 2014.

*State of California v. Gabriel Rodriguez*. Trial. Orange County Superior Court. Santa Ana, CA. August, 2014.

*State of California v. Jose Diazvillalta*. Trial.  Orange County Superior Court. Westminster, CA.  September, 2014.

*State of California v. John Angol*.  Trial. Los Angeles County Superior Court.  Lancaster, CA. October, 2014

*State of California v. Tommy Franks*. Trial. Stanislaus County Superior Court. Modesto, CA. October, 2014.

*State of California v. Marco Hernandez*.  Suppression Hearing.  San Francisco County Superior Court. San Francisco, CA.  October, 2014.

*State of California v. Cameron Weaver*.  Preliminary Hearing. Marin County Superior Court. San Rafael, CA.  November, 2014.

*State of Colorado v. Anthony Nieto*. Trial. Broomfield Combined Courts. Broomfield, CO. November, 2014.

*State of Iowa v. Anthony Rodrigutez*. Pre-Trial Suppression Hearing. Waukon, Iowa. Allamakee County District Court. November, 2014.

*State of California v. Juan Martinez*. Trial. Santa Clara County Superior Court. San Jose, CA. December, 2014

*State of California v. Jonathan Riley*. Trial San Diego County Superior Court. San Diego, CA. December, 2014

*State of Nevada v. Megan Johnson*. Suppression Hearing. Washoe County District Court. Reno, NV. January, 2015

*State of California v. Marco Hernandez*. Trial. San Francisco County Superior Court. San Francisco, CA. January, 2015.

*State of California v. Rene Centeno*. Trial. Orange County Superior Court. Santa Ana, CA. January, 2015.

*Dan Williams et al. v. State of Virginia.* Habeas Hearing (Schlup, Actual Innocence). Federal District Court. Eastern District of Virginia. Richmond, Virginia. April, 2015.

*State of California v. Yor Xiong*. Trial testimony. San Joaquin County Superior Court. Stockton, CA. April, 2015

*State of California v. Patrick Alley*. Suppression Hearing. Solano County Superior Court. Fairfield, CA. April, 2015.

*State of California v. Louis Emmanuel*. Trial. Santa Clara County Superior Court. San Jose, CA. May, 2015.

*State of California v. Alfredo Torres*. Trial. Los Angeles County Superior Court. Van Nuys, CA. May, 2015.

*State of California v. Daniel Flores*. Suppression Hearing. Napa County Superior Court. Napa, CA. May, 2015

*State of California v. Daniel Flores*. Trial. Napa County Superior Court. Napa, CA. June, 2015

*Daniel Blank v. Burl Cain*. Post-Conviction Hearing (State Habeas). 32nd Judicial District Court for the Parish of Terrebone. Houma, Louisiana. July, 2015

*State of California v. Laron Gilbert*. Suppression Hearing. Solano County Superior Court. Fairfield, CA. August, 2015.

*State of Indiana v. Timothy Jimerson*. Trial. Miami County Circuit Court. Peru, Indiana. August, 2015.

*State of California v. Cheryl Lucero*. Trial. Tuolumne County Superior Court. Sonora, CA. August, 2015.

*State of California v. Abel Martinez*. Suppression Hearing. San Diego County Superior Court. El Cajon, CA. September, 2015

*State of California v. Omar Wright*. Trial. Los Angeles County Superior Court. Burbank, CA. September, 2015.

*State of California v. Jose Venegas*. Trial. Los Angeles County Superior Court. Los Angeles, CA. September, 2015

*State of California v. Abel Martinez*. Trial. San Diego County Superior Court. El Cajon, CA. October, 2015

*State of California v. Elgian Bailey*. Suppression Hearing. Los Angeles County Superior Court. Los Angeles, CA. October, 2015

*State of Arizona v. Robert Resendez*. Trial. Coconino County Superior Court. Flagstaff, AZ. November, 2015.

*State of California v. Joseph Castro*. Trial. Santa Barbara County Superior Court. Santa Barbara, CA. January, 2016.

*State of California v. Patrick Alley*. Trial. Solano County Superior Court. Fairfield, CA. January, 2016.

*State of California v. Bryan Nault*. Trial. Santa Cruz County Superior Court. Santa Cruz, CA. February, 2016.

*State of Alabama v. Frederick Woods*. Post-Conviction Hearing. St. Clair County Circuit Court. Pell City, Alabama. March, 2016.

*State of California v. Gabino Madera*. Suppression Motion. Tehama County Superior Court. Red Bluff, CA. May, 2016.

*State of Montana v. Gunner Dye*. Trial. Sanders County District Court. Thompson Falls, Montana. May, 2016.

*State of California v. James Henderling*.  Trial.  Siskiyou County Superior Court. Yreka, CA.  June, 2016.

*James Dean et al v. Richard Smith et al*.  Trial.  United States District Court for the District of Nebraska.  8th Circuit.  Lincoln, Nebraska (Lancaster County).  June, 2016.

*State of California v. Norbert Cruz*.  Trial.  Santa Barbara County Superior Court.  Santa Maria, CA.  June, 2016

*State of California v. Antolin Ibanez*.  Trial.  Santa Barbara County Superior Court.  Santa Maria, CA.  July, 2016

*State of California v. Maribel Sanchez*.  Trial (Bench).  Santa Barbara County Superior Court.  Santa Maria, CA.  October, 2016

*State of California v. Siegmond Navar*.  Suppression Hearing.  Los Angeles County Superior Court.  Juvenile Court.  Sylmar, CA.  January, 2017.

*United States v. Bahtiyor Jumaev*.  Suppression Hearing.  Federal District Court. Denver, Colorado.  January, 2017

*State of Nevada v. Christian Scott*.  Suppression Hearing. 2nd Judicial District Court, Washoe County.  Reno, Nevada.   January and February, 2017.

*State of Arizona v. Semaj McFarland*.  Suppression Hearing.  Maricopa County Superior Court.  Phoenix, AZ.  February, 2017.

*Luis Galicia v. County of San Diego*.  Trial (Civil).  San Diego County Superior Court.  San Diego, CA.  May, 2017.

*State of California v. Jesus Flores*.  Trial.  Kern County Superior Court. Bakersfield, CA.   June, 2017.

*State of California v. Jonathan Chow*.  Trial.  Santa Clara County Superior Court.  Palo Alto, CA.  July, 2017.

*State of California v. Augustine Lopez*.  Suppression Hearing.  Monterey County Superior Court.   Salinas, CA.  July, 2017.

*State of California v. Antoine Chambers*.  Trial.  San Francisco County Superior Court.  San Francisco, CA.  July, 2017

*United States v. Lyle Begay*.  Suppression Hearing.  Federal District Court.  Albuquerque, New

4

Mexico. August, 2017.

*State of Washington v. Jesse Young*. Trial. Spokane County Superior Court. Spokane, Washington. August, 2017.

*State of New York v. Selwyn Days*. Trial. Westchester County Supreme Court. White Plains, NY. September, 2017.

*State of California v. Cody Cattaneo*. Trial. Los Angeles County Superior Court. Pomona, CA. October, 2017.

*State of California v. Thomas Gonzalez*. Suppression Hearing. Stanislaus County Superior Court. Modesto, CA. October, 2017.

*State of California v. Manuel Ramos-Munoz*. Trial. El Dorado County Superior Court. Placerville, CA. November, 2017.

*Nicole Harris v. City of Chicago, et al*. Trial. United States District Court. 7th Circuit. Chicago, IL. November, 2017.

*State of South Carolina v. James Irby*. Post Conviction Hearing. Spartanburg County Circuit Court. Spartanburg, South Carolina. November, 2017.

*State of California v. Robert Newt*. Suppression hearing. San Francisco County Superior Court. San Francisco, CA. November, 2017.

*State of California v. Gina Bailey*. Trial. Solano County Superior Court. Fairfield, CA. November, 2017

*United States v. Hayad Hamat*. Post-Conviction Hearing. United States District Court. Eastern District of California. 9th Circuit. Sacramento, CA. January, 2018.

*United States v. Lonnie Armachain*. Pre-trial Suppression Hearing. United States District Court. Western District of North Carolina. 4th Circuit. Asheville, North Carolina. February, 2018.

*State of California v. Quillar Evans*. Trial. Sacramento County Superior Court. Sacramento, CA. March, 2018.

*State of Colorado v. Michael Blagg*. Trial. Jefferson County District Court. Golden, CO. March, 2018.

*United States v. Bahtiyor Jumaev*. Trial. Federal District Court. Denver, Colorado. April, 2018.

*State of Arizona v. Adrian Ponce*. Suppression Hearing. Maricopa County Superior Court.

Phoenix, AZ. April, 2018.

*State of Ohio v. Aaron Robertson*. Suppression Hearing. Cuyahoga County Court of Common Pleas. Cleveland, Ohio. May, 2018.

*State of Illinois v. Michael Burgund*. Trial. Madison County Circuit Court. Edwardsville, Illinois. May, 2018.

*State of California v. Timothy Mays*. Suppression Hearing. Riverside County Superior Court. Indio, CA. May, 2018.

*State of California v. Timothy Mays*. Trial. Riverside County Superior Court. Indio, CA. June, 2018.