UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV 17-01076-DS (ASx) | Date | November 19, 2018 |
| Title | Art Tobias v. City of Los Angeles et al | | |

Present: The Honorable  DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

| Renee Fisher | Cindy Nirenberg |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| David B. Owens | Susan E. Coleman |
| Anand Swaminathan | Kevin E. Gilbert |
| | Paul DiPietro |

**Proceedings:**     MOTIONS IN LIMIINE (Held and Completed)

The matter is called and counsel state their appearances. The Court questions counsel as stated in court and on the record on the motions in limine and invites counsel to present their oral arguments. Oral arguments by counsel are heard. The Court tentatively rules. A written order will follow.

IT IS SO ORDERED