# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART TOBIAS,<br>    Plaintiff,<br><br>        v.<br><br>CITY OF LOS ANGELES, et al.,<br>    Defendants. | CV 17-1076 DSF (ASx)<br><br>Order re Briefing on Daniel East Qualified Immunity Issues |

  In light of the opinion of the Court of Appeals, Plaintiff is ordered to file a brief of no more than 10 pages explaining why Defendant Daniel East should not be dismissed based on qualified immunity. Plaintiff's brief must be filed no later than May 25, 2020. East may file a response of no more than 10 pages no later than June 8, 2020. The parties should file any evidence they wish the Court to consider along with the briefs rather than refer the Court to previous filings.

  IT IS SO ORDERED.

Date: May 5, 2020

_____
Dale S. Fischer
United States District Judge