UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 01 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ART TOBIAS,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>DANIEL EAST, L.A. School Police Officer, No 959,<br><br>        Defendant - Appellant,<br><br> and<br><br>CITY OF LOS ANGELES; et al.,<br><br>        Defendants. | No. 20-55845<br><br>D.C. No. 2:17-cv-01076-DSF-AS<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered November 09, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica Flores
Deputy Clerk
Ninth Circuit Rule 27-7