1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11   ART TOBIAS,                        | No. 2:17-cv-01076-DSF-AS
12              Plaintiff,              | **[Proposed] Judgment**
13         v.
14   CITY OF LOS ANGELES; SGT.
     SANCHEZ, #25339; DETECTIVE
15   MICHAEL ARTEAGA, #32722;
     DETECTIVE JEFF CORTINA,
16   #35632; DETECTIVE J. MOTTO,
     #25429; DETECTIVE JULIAN
17   PERE, #27434; OFFICER
     MARSHALL COOLEY, #38940;
18   OFFICER BORN, #38351; L.A.
     SCHOOL POLICE OFFICER
19   DANIEL EAST, #959; and
     UNIDENTIFIED EMPLOYEES of
20   the CITY OF LOS ANGELES,
21              Defendant.
22
23
24
25
26
27
28

1

1 | The Court, having determined that Plaintiff's claims against Defendant L.A. School Police Officer Daniel East lack merit as a matter of law, it is hereby

ORDERED and ADJUDGED that judgment is entered in favor of Defendant L.A. School Police Officer Daniel East against Plaintiff.

Dated:

                                                         _____
                                                             Dale S. Fischer
                                               United States District Judge