David B. Owens, Cal. Bar No. 275030
david@loevy.com
Anand Swaminathan*
*Attorney for Plaintiff, Art Tobias*
LOEVY & LOEVY
311 N. Aberdeen Street, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
*admitted pro hac vice


Anya J. Goldstein
anya@summallp.com
800 Wilshire Blvd., Suite 1050
Los Angeles, CA 90017
Office: (213) 260-9451
www.summaLLP.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART TOBIAS, | ) Case No. 2:17-cv-1076-DSF-AS |
| | ) |
| Plaintiff, | ) JOINT PROPOSED ORDER |
| v. | ) |
| | ) |
| CITY OF LOS ANGELES, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

## JOINT PROPOSED ORDER CONCERNING
## PRETRIAL CONFERENCE AND TRIAL SETTING

COME NOW Plaintiff ART TOBIAS, Defendant City of Los Angeles, Defendant Detectives Motto, Arteaga, Cortina, and Pere, and Defendant Los Angeles Police Department Officers Born and Cooley, by and through their attorneys, having met and conferred pursuant to this Court's Order concerning Pretrial Conference and Trial Dates [Dkt. 309], and state as follows:

### A. Proposed Trial Date

Given the parties' respective trial schedules and deadlines through Summer 2023, the Parties' earliest mutually agreeable trial setting is in August 2023. Accordingly, the parties propose a pretrial conference date of August 7, 2023, and a trial date of August 22, 2023.

### B. Updated Pretrial Documents

The parties agree that for the most part, updated pretrial documents are unnecessary. The Court has already ruled on motions *in limine* and so those issues should not be re-litigated.

The Detective Defendants contend that the United States Supreme Court's recent opinion in *Vega v. Tekoh*, 142 S. Ct. 2095 (2022) impacts Plaintiff's claims.

Plaintiff disagrees and contends that *Vega* has no application to this case and, further, that there should not be any additional litigation on Plaintiff's Fifth Amendment Claim, which has already been addressed in many dispositive motions and on appeal.

The parties are currently discussing whether further motion practice would be necessary or appropriate, as well as whether limited supplemental pretrial documents are necessary in response to the change in the law.

That said, the parties agree it is prudent to re-submit (1) exhibit lists, (2) witness lists, and (3) a proposed final pretrial order.

Defendants also note that, depending on resolution of issues described above, they believe updated pleadings may be necessary to reflect the *Vega* decision (i.e., updated jury instructions).

**C. Other Issues**

For Plaintiff: Aside from opposing any effort permit additional litigation on Plaintiff's already exhaustively-litigated Fifth Amendment claim because of *Vega*—a decision that has nothing to do with Plaintiff's claims here—none at this time.

For Defendants: As discussed in Section B, the Detective Defendants contend that the Supreme Court's opinion in *Vega v. Tekoh*, 142 S. Ct. 2095 (2022) limits and/or precludes certain claims by Plaintiff.  If the parties cannot agree on the impact of the *Vega* opinion, the Detective Defendants anticipate submitting a motion with the relevant issues for the Court's adjudication.

**Respectfully submitted,**

Dated: Nov. 23, 2022         LOEVY & LOEVY
                             By:  /s/ David B. Owens

                             David B. Owens, Cal. Bar No. 275030
                             Attorney for Plaintiff ART TOBIAS

Dated: Nov. 23, 2022  BURKE WILLIAMS & SORENSON LLP

                             By:    /s/ Susan Coleman
                                    Susan E. Coleman

1    Attorney for Defendants CITY OF
     LOS ANGELES, OFFICERS DORA
2    BORN and MARSHALL COOLEY

3    Dated: Nov. 23, 2022   ORBACH HUFF & HENDERSON

4                   By:    _/s/Kevin Gilbert_____
                    Kevin E. Gilbert
5                   Attorney for Defendants
                    DETECTIVES MICHAEL ARTEAGA,
6                   JEFF CORTINA, JOHN MOTTO and
                    JULIAN PERE
7

8

9

10

11

12

13

14

15

16

17

18

19

20