# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM
**Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (Additional instructions on next page.)**

COURT USE ONLY
**DUE DATE:**

| 1a. Contact Person for this Order | Elena LaBella | 2a. Contact Phone Number | 510.999.7908 | 3a. Contact E-mail Address | elabella@ohhlegal.com |
|---|---|---|---|---|---|
| 1b. Attorney Name (if different) | Kevin E. Gilbert | 2b. Attorney Phone Number | 510.999.7908 | 2b. Attorney E-mail Address | kgilbert@ohhlegal.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**

Orbach Huff & Henderson LLP
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA 94588

| 5. Name & Role of Party Represented | Defendants Detectives Arteaga, Cortina, Motto, and Pere |
|---|---|
| 6. Case Name | Art Tobias v. City of Los Angeles, et al. |

| 7a. District Court Case Number | 17-cv-01076-DSF | 7b. Appeals Court Case Number | |
|---|---|---|---|

**8. INDICATE WHETHER PROCEEDING WAS (choose only one per form):**

☐ DIGITALLY RECORDED  ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Suzanne McKennon

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal  ☒ Non-Appeal   ☐ Criminal  ☒ Civil   ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS *(Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)*

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION *If requesting less than full hearing, specify portion (e.g., witness or time). CJA orders: indicate if openings, closings, voir dire, or instructions requested.* | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED | CM/ECF ACCESS (email) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE *(Provide release date of efiled transcript, or check to certify none yet on file.)* | d. DELIVERY TYPE *(One per line, but check with court reporter before choosing any type but "ordinary.")* |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/6/23 | Hon. Dale S. Fischer | Pretrial Conference | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ _____ | ORDINARY (30-day) |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ _____ | |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ _____ | |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ _____ | |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ _____ | |

(b. SELECT FORMAT(S) — CM/ECF access included with purchase of transcript.)

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.   Date | November 7, 2023 |   Signature | /s/ Kevin E. Gilbert |

G-120 (06/18)