Susan E. Coleman (SBN 171832)
scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, CA 90071-2953
Tel: 213.236.0600
Facsimile: 213.236.2700

Attorney for Defendants
CITY OF LOS ANGELES, BORN and COOLEY

Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
ORBACH HUFF & HENDERSON LLP
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA 94588
Telephone: 510.999.7908
Facsimile: 510.999.7918

Attorney for Defendants
ARTEAGA, CORTINA, MOTTO and PERE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART TOBIAS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; SGT. SANCHEZ, #25339; DETECTIVE MICHAEL ARTEAGA, #32722; DETECTIVE JEFF CORTINA, #35632; DETECTIVE J. MOTTO, #25429; DETECTIVE JULIAN PERE, #27434; OFFICER MARSHALL COOLEY, #38940; OFFICER BORN, #38351; et al,<br><br>　　　　　Defendants. | Case No. 2:17-cv-01076-DSF-AS<br><br>**JOINT STATUS REPORT FOLLOWING MEDIATION** |

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

- 1 -

2:17-CV-01076-DSF-AS
STATUS REPORT
FOLLOWING MEDIATION

1  Plaintiff ARTURO TOBIAS and Defendants CITY OF LOS ANGELES,
2  OFFICERS DORA BORN and MARSHALL COOLEY, DETECTIVES
3  MICHAEL ARTEAGA, JEFF CORTINA, JOHN MOTTO and JULIAN PERE
4  (collectively hereinafter "the Parties"), by and through their attorneys of record,
5  hereby submit this joint status report.

6  On March 14, 2025, the parties participated in a mediation before Rick
7  Copeland (Conflict Solution Services), which ultimately resulted in a global
8  settlement being reached of all remaining claims, subject to City Council approval.
9  The Parties are currently working to finalize that settlement, including obtaining the
10 necessary approvals, and will provide the Court with a further update once the City
11 Council has taken action on the tentative settlement.

Dated: March 21, 2025         LOEVY AND LOEVY

                              By: /s/ David B. Owens
                                   David B. Owens
                                   Anand Swaminathan
                                   Attorneys for Plaintiff
                                   ART TOBIAS

Dated: March 21, 2025         BURKE, WILLIAMS & SORENSEN, LLP

                              By: /s/ Susan E. Coleman
                                   Susan E. Coleman
                                   Attorney for Defendants
                                   CITY OF LOS ANGELES, BORN
                                   and COOLEY

Dated: March 21, 2025         ORBACH HUFF & HENDERSON LLP

                              By: /s/ Kevin E. Gilbert
                                   Kevin E. Gilbert
                                   Attorney for Defendants
                                   ARTEAGA, CORTINA, MOTTO
                                   and PERE

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4835-5487-7256 v1     - 2 -     2:17-CV-01076-DSF-AS
STATUS REPORT
FOLLOWING MEDIATION